IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  00-M-1031

RAFI M. KHAN,

     Plaintiff,

v.

NEW FRONTIER MEDIA, INC., and
MICHAEL WEINER,

     Defendants.

_____

ORDER GRANTING MOTION TO WITHDRAW
_____

Upon considering the motion to withdraw, filed July 20, 2005, it is

ORDERED that the motion is granted and Frank W. Visciano and Luis A. Toro have no further responsibility for the representation of defendants in this civil action.

DATED: July 21, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge